# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-643-FDW-DCK

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER, <br><br> Plaintiffs, <br><br> v. <br><br> SMARTCORE, LLC; SMARTCORE ELECTRICAL LLC; SMARTCORE ELECTRICAL SERVICES, LLC; SMARTCORE LLC GROUP HEALTH BENEFIT PLAN; JARED CRAFTON CROOK; STEVEN MATTHEW GOOD; WILLIAM H WINN JR.; STAR MARKETING AND ADMINISTRATION, INC. D/B/A STARMARK, INC., TRUSTMARK LIFE INSURANCE COMPANY; and TRUSTMARK INSURANCE COMPANY; <br><br> Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by Mark A. Michael, concerning Andrew G. Jubinsky on February 16, 2018. Mr. Andrew G. Jubinsky seeks to appear as counsel *pro hac vice* for Defendants, Star Marketing and Administration, Inc., Trustmark Life Insurance Company, and Trustmark Insurance Complaint. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED.** Mr. Andrew G.

Jubinsky is hereby admitted *pro hac vice* to represent Defendants, Star Marketing and Administration, Inc., Trustmark Life Insurance Company, and Trustmark Insurance Complaint.

**SO ORDERED**.

Signed: February 20, 2018

David C. Keesler
United States Magistrate Judge