IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:17-cv-00643-FDW-DCK

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER, <br><br> Plaintiffs, <br><br> vs. <br><br> SMARTCORE, LLC; SMARTCORE ELECTRICAL, LLC; SMARTCORE ELECTRICAL SERVICES, LLC; SMARTCORE, LLC GROUP HEALTH BENEFIT PLAN; JARED CRAFTON CROOK; STEVEN MATTHEW GOOD; WILLIAM H. WINN, JR.; STAR MARKETING AND ADMINISTRATION, INC. d/b/a STARMARK, INC.; TRUSTMARK LIFE INSURANCE COMPANY; and TRUSTMARK INSURANCE COMPANY, <br><br> Defendants. | DECLARATION OF JARED CRAFTON CROOK |

I, Jared Crafton Crook, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an individual defendant in this matter and a former procurement manager for SmartCore, LLC. I am over eighteen (18) years of age and my statements herein are based on personal knowledge.

2. I am personally acquainted with Eric Kinsinger, and we used to work

1

together at SmartCore. I was aware from Mr. Kinsinger that his wife Denise was scheduled to undergo a medical procedure ("Procedure") in January of 2016.

3. The day before that Procedure, Eric Kinsinger told me that he was aware from Starmark that the Procedure would not be covered, that he had received a call from Starmark telling him the Procedure was not approved, that he and his wife were going ahead anyway, and that he would have to pay some amount of money out of pocket for the Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2018.

_____
Jared Crafton Crook