IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-643-FDW-DCK

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| SMARTCORE, LLC, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Pursuant to a request by the parties, and at the direction of the Honorable Frank D. Whitney, the undersigned will hold a Judicial Settlement Conference in this matter.

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall convene on **Thursday, March 21, 2019, at 10:00 a.m.** in Courtroom #2-2 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #2-2 and its attached conference rooms.

**SO ORDERED**.

Signed: February 11, 2019

David C. Keesler
United States Magistrate Judge