IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:17-CV-000643-FDW-DCK

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ) |
| SMARTCORE, LLC; SMARTCORE ELECTRIC, LLC; SMARTCORE ELECTRICAL SERVICES, LLC; SMARTCORE, LLC GROUP HEALTH BENEFIT PLAN; JARED CRAFTON CROOK; STEVEN MATTHEW GOOD; and WILLIAM H. WINN, JR. | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiffs Eric and Denise Kinsinger, and Defendants SmartCore, LLC; SmartCore Electric, LLC; SmartCore Electrical Services, LLC; SmartCore, LLC Group Health Benefit Plan; Jared Crafton Crook; Steven Matthew Good; and William H. Winn, Jr., by and through their undersigned counsel, and jointly, pursuant to F.R.C.P. 41(a), voluntarily dismiss, without prejudice, this lawsuit as against Defendant Jared Crook and without fees or costs to any party. The lawsuit will continue against Defendants SmartCore, LLC; SmartCore Electric, LLC; SmartCore Electrical Services, LLC; SmartCore, LLC Group Health Benefit Plan; Steven Matthew Good; and William H. Winn, Jr.

Each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted this 15th day of March 2019.

| | |
|---|---|
| */s/ Rachel C. Matesic* | */s/ Matthew J. Norris* |
| Bryan L. Tyson (N.C. Bar No. 32182) | |
| Rachel C. Matesic (N.C. Bar No. 50156) | Matthew J. Norris (N.C. Bar No. 26978) |
| **Marcellino & Tyson, PLLC** | **Norris Law Group, P.C.** |
| 2820 Selwyn Ave., Suite 350 | 10940 Wilshire Blvd., Suite 1600 |
| Charlotte, NC 28209 | Los Angeles, CA 90024 |
| 704-919-1519 (telephone) | 310-443-4159 (telephone) |
| 980-219-7025 (facsimile) | 310-443-4220 (facsimile) |
| Bryan@yourncattorney.com | MJNorris@norrisglaw.com |
| Rachel@yourattorney.com | |

*Attorneys for Plaintiffs Denise and Eric Kinsinger*

*/s/ M. Heath Gilbert, Jr.*

M. Heath Gilbert, Jr.
**Baucom, Claytor, Benton, Morgan, and Wood, P.A.**
200 Providence Road, Suite 106
Charlotte, NC 28204
704-376-6527 (telephone)
704-376-6207 (facsimile)
HGilbert@baucomclaytor.com

*/s/ W. Lewis Glenn III*
W. Lewis Glenn III, (N.C. Bar No. 25529)
**Milazzo Webb Law, PLLC**
5821 Fairview Road, Suite 500
Charlotte, NC 28209
704-464-0464 (telephone)
704-360-8725 (facsimile)
LewGlenn@mwlawnc.com

*Attorney for Jared Crook*

*Attorneys for Defendants SmartCore LLC; SmartCore Electric, LLC; SmartCore Electrical Services, LLC; SmartCore, LLC Group Health Benefit Plan; Steven Matthew Good; And William H. Winn Jr.*