IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CV-00643-FDW-DCK

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER,<br><br>    Plaintiffs,<br><br>v.<br><br>SMARTCORE, LLC; SMARTCORE ELECTRICAL, LLC; SMARTCORE ELECTRICAL SERVICES, LLC; SMARTCORE, LLC GROUP HEALTH BENEFIT PLAN; JARED CRAFTON CROOK; STEVEN MATTHEW GOOD; WILLIAM H. WINN, JR.; STAR MARKETING AND ADMINISTRATION, INC. d/b/a STARMARK, INC.; TRUSTMARK LIFE INSURANCE COMPANY; and TRUSTMARK INSURANCE COMPANY,<br><br>    Defendants. | |

## CERTIFICATE OF SERVICE

It is hereby certified that on the 19th day of March, 2019, I served a copy of the Order Scheduling Motions to Withdraw, Notice of Cancellation of Status Conference and Notice of Rescheduling of Status Conference upon the following via Federal Express addressed as follows:

William H. Winn, Jr.
1533 Ideal Way
Charlotte, North Carolina 28203

SmartCore, LLC
SmartCore Electrical, LLC
SmartCore Electrical Services, LLC
SmartCore, LLC Group Health Benefit Plan
Steven Matthew Good
11118 Barnyard Court
Matthews, North Carolina 28105

/s/ M. Heath Gilbert, Jr.
NC State Bar No.: 72198
*Attorneys for Defendants SmartCore, LLC, SmartCore Electrical, LLC, SmartCore Electrical Services. LLC, SmartCore, LLC Group Health Benefit Plan, Steven Matthew Good and William H. Winn, Jr.*
Baucom, Claytor, Benton, Morgan & Wood, P.A.
200 Providence Road
Suite 106
Charlotte, North Carolina 28207
Telephone: (704) 376-6527
Facsimile: (704) 376-6207