# EXHIBIT C

To Proposed Pre-Trial Order

Mr. Eric Kinsinger
4071 Sherri Lane
Fort Mill, SC 29715

June 3, 2016

Benefits Committee
SmartCore LLC
Attn: Benefits Committee
8702 Red Oak Blvd Ste G
Charlotte, NC 28217

VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED

Dear Plan Administrator:

This letter is to request, pursuant to ERISA § 104(b)(4), a copy of the following documents for the SmartCore LLC Group Health Benefit Plan:

- the plan document (including any insurance policy/contract),
- the latest updated summary plan description,
- the latest annual report,
- the trust agreement,
- any contracts with medical providers or vocational analysts providing services to the Plan, and
- any other instruments under which the company health benefit plan is established or operated.

I am a participant in this plan. Please mail these documents to me at my address above.

Thank you for your prompt attention to this request.

Sincerely,

Eric Kinsinger

SRC-0000376