UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER,<br><br>      Plaintiffs,<br><br>  v.<br><br>SMARTCORE, LLC, SMARTCORE ELECTRIC, LLC, SMARTCORE ELECTRICAL SERVICES, SMARTCORE GROUP HEALTH BENEFIT PLAN, STEVEN MATTHEW GOOD, and WILLIAM H. WINN, JR.,<br><br>      Defendants. | Civil Action No. 3:17-cv-00643-FDW-DCK |

## **NOTICE OF APPEAL**

Defendant William H. Winn, Jr., by and through his undersigned counsel, and pursuant to 9 U.S.C. 16(a)(1)(d) and Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby gives notice of appeal to the United States Court of Appeals for the Fourth Circuit from the Order of the United States District Court for the Western District of North Carolina, entered on June 3, 2020 (DE #145), granting in part Plaintiffs' Motion for Attorneys' Fees and Costs (DE #129) and Motion to Alter Judgment to Include Prejudgment Interest (DE #130).

This the 1st day of July, 2020.

                                                                           _/s/ Marc E. Gustafson_____
                                                                           Marc E. Gustafson, N.C. State Bar No. 34429
                                                                           BELL, DAVIS & PITT, P.A.
                                                                           227 West Trade Street, Suite 1800
                                                                           Charlotte, NC 28202
                                                                           Telephone: 704-227-0400
                                                                           Email: mgustafson@belldavispitt.com
                                                                           *Attorney for Defendant William H. Winn, Jr*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in the system.

I hereby certify that the following individuals have been served the foregoing via USPS First Class Mail:

Raymond Earl Walker
Figari Davenport, LLP
901 Main Street, Suite 3400
Dallas, TX 75202

Steven Matthew Good
11118 Barnyard Court
Matthews, NC 28105

This the 1st day of July 2020.

                                             */s/ Marc E. Gustafson*
                                             Marc E. Gustafson