UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00643-FDW-DCK

| | | |
|---|---|---|
| ERIC KINSINGER and DENISE KINSINGER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| SMARTCORE, LLC; et al., | ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on Plaintiffs' Application for Writ of Execution against Defendant Steven Matthew Good (Doc. No. 146). The application is devoid of detail, notably with principal, interest, court costs, and other fee requests not stated. E.g., id. In short, the form is effectively blank. Therefore, the Application is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Signed: September 4, 2020

Frank D. Whitney
United States District Judge

1