IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERIC KINSINGER, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 3:17-cv-643-FDW-DCK |
| ) | |
| SMARTCORE, LLC, et al., ) | |
| Defendants. ) | |

## ORDER DESIGNATING EXEMPT PROPERTY

The matter is before the Clerk on Defendant Steven Matthew Good's Notice to Claim Exempt Property (Statutory Exemptions) (Doc. 150). Plaintiffs have not filed any objections to Defendant Good's Notice in accordance with N.C. Gen. Stat. § 1C-1603(e)(5) (providing that "[t]he judgment creditor has 10 days from the date served with a motion and schedule of assets . . . to file an objection to the judgment debtor's schedule of exemptions").

Accordingly, for good cause, and without any objection from Plaintiffs, it is hereby **ORDERED** that Defendant Good's requested statutory exemptions are **GRANTED**, within the limits set forth in his Notice to Claim Exempt Property (Doc. 150) and as allowed by state law pursuant to § 1C-1601 of the North Carolina General Statutes. *See* N.C. Gen. Stat. § 1C-1603(e)(6) (providing that "[i]f the judgment creditor files no objection to the schedule filed by the judgment debtor . . . the clerk must enter an order designating the property allowed by law and scheduled by the judgment debtor as exempt property").

November 6, 2020

_____
Frank G. Johns, Clerk
United States District Court