IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERIC KINSINGER, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 3:17cv643-FDW-DCK |
| ) | |
| SMARTCORE, LLC, et al., ) | |
|     Defendants. ) | |

## ORDER

By Order dated November 10, 2020, the undersigned was designated by the Court to conduct a telephonic hearing on Defendant William H. Winn, Jr.'s claimed exemptions pursuant to N.C. Gen. Stat. § 1C-1603(e)(7), and to prepare a Memorandum and Recommendation for review by the Court. Counsel for Defendant Winn and for Plaintiffs Eric and Denise Kinsinger have advised that they are both available for a telephonic hearing on Thursday, March 25, 2021.

Accordingly, for good cause,

It is hereby **ORDERED** that a telephonic hearing on Defendant Winn's claimed statutory exemptions is **SCHEDULED** for 1:00 p.m. on Thursday, March 25, 2021. Plaintiffs' Counsel, John M. Olson, and Defendant Winn's Counsel, Lacey Moore Duskin, will be provided a call-in number to connect to the telephonic hearing at the scheduled date and time.

Counsel are **DIRECTED** to confer with one another prior to the telephonic hearing in a good faith effort to resolve or limit the areas of disagreement in this matter in accordance with Local Civil Rule 7.1(b).

March 19, 2021

_____
Erica H. Petri, Hearing Officer Designee