# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ERIC KINSINGER, et al., )<br>        Plaintiffs, )<br>)<br>v. )    Civil Case No. 3:17cv643-FDW-DCK<br>)<br>SMARTCORE, LLC, et al., )<br>        Defendants. ) | |

## ORDER

The matter came before the undersigned for a telephonic hearing on Defendant William H. Winn, Jr.'s claimed exemptions pursuant to N.C. Gen. Stat. § 1C-1603(e)(7). Counsel for Plaintiffs and for Defendant Winn were both present at the transcribed March 25, 2021 telephonic hearing.

For good cause, the parties are **DIRECTED** to comply with the following resolutions and deadlines that were agreed to by counsel during the course of the telephonic hearing:

1. Plaintiffs' counsel is to promptly file in CM/ECF the brief and supporting exhibits that were emailed directly to the undersigned on March 24, 2021, but not properly filed in the case.

2. Counsel for Plaintiffs and for Defendant Winn are to submit an agreed Consent Order for the Court's signature with respect to Defendant Winn's North Carolina statutory exemptions within ten (10) days of the telephonic hearing.

3. Plaintiffs' counsel is to promptly withdraw the subpoenas that were served on Defendant Winn and Misty Winn requesting the production of various documents in connection with the telephonic hearing.

4. Following the withdrawal of the subpoenas by Plaintiffs' counsel, Defendant Winn's

1

counsel is to promptly withdraw, on the record, the motions to quash and motion for a protective order that were filed in CM/ECF on March 24, 2021 (Docs. 166 and 168).

5. Defendant Winn, by counsel, is to file in CM/ECF a complete and itemized listing of his assets that are not subject to exemption within thirty (30) days of the telephonic hearing.

Given the results of the telephonic hearing and the parties' agreed resolutions listed above, the preparation and submission of a Memorandum and Recommendation by the undersigned to the Court, as requested in the Court's November 10, 2020 Order (Doc. 162), has been rendered unnecessary.

March 25, 2021

_____
Erica H. Petri, Hearing Officer Designee

2

Case 3:17-cv-00643-FDW-DCK   Document 172   Filed 03/25/21   Page 2 of 2