UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00643-FDW-DCK

Eric Kinsinger and )
Denise Kinsinger, )
 )
 )
Plaintiffs, )
vs. )
Smartcore, LLC; Smartcore Electric, )
LLC; Smartcore Smartcore Electrical )
Services; Smartcore Group Health )
Benefit Plan; Steven Matthew Good )
and William H. Winn, Jr., )
 )
Defendants. )
 )
 )
 )

**Consent Order:**

**William H. Winn, Jr.**

**Exemptions**

THIS MATTER appears before the Court by consent of the Plaintiffs and Defendant William H. Winn, Jr., "Winn." By signature of their counsel of record below, the parties agree to entry of an Order Designating Exempt Property regarding Winn's Notice to Claim Exempt Property (Doc. 151) as follows:

1. Winn is allowed a statutory exemption in the real property located at 1533 Ideal Way, Charlotte NC 28203.

2. Winn is allowed a statutory exemption is his 2018 Lexus 350 of $3,500.00.

3. Winn withdraws his claim for a statutory exemption in the 2015 Acura MDX.

4. Winn is allowed a statutory exemption in his Northwestern Mutual life insurance policies with last four digits 5434 and 7431.

5. Winn is allowed a statutory exemption in IRA policy with last four digits 1195, and 1214, as well as Roth IRA policy number 1196.

6. Winn is allowed a $25,000.00 statutory exemption in the IRS §529 for W.F. Winn plan number with last four digits 0981 but Winn is not allowed an exemption in §529 plans for M.K. Winn, plan with last four digits 3476 and W.M. Winn, plan with last four digits 4736.

7. Within thirty days from the date of this order, Defendant Winn will file with the Court a list of his non-exempt property.

8. Plaintiffs agreed to abandon their bad faith argument related to Winn's Motion to Claim Exempt Property.

We consent:

/s/ John M. Olsen,                    /s/ Lacey M. Duskin,
Attorney for Plaintiffs               Attorney for Defendant
                                      William H. Winn, Jr.

                    .

IT IS SO ORDERED.

Signed: April 14, 2021

Frank D. Whitney
United States District Judge