UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-CV-00643-FDW-DCK

| | |
|---|---|
| ERIC KINSINGER and DENISE KINSINGER, <br><br> Plaintiffs, <br><br> v. <br><br> SMARTCORE, LLC, et. al. <br><br> Defendants. | **ORDER** |

THIS MATTER is before the Court on several pending motions filed by Plaintiffs seeking the Court's assistance in enforcing the judgment entered in this case (Doc. No. 184, 188, 189, 190). Following the filing of these motions, Plaintiff filed a Satisfaction of Judgment (Doc. No. 192), which Defendant Winn contends moots all pending motions related to Plaintiff's enforcement of the judgment (Doc. No. 193 (citations omitted)). The Court agrees, and these motions shall be denied as moot. Notably, Plaintiffs' Satisfaction of Judgment indicates it is filed "without prejudice to Plaintiffs' *pending* motion for attorney fees." (Doc. No. 192 (emphasis added)). The Court has already ruled on Plaintiffs' motions for attorney's fees (Doc. Nos. 128, 145), and no other motion regarding attorney's fees remains "pending" on the Court's docket.

IT IS THEREFORE ORDERED that the pending motions (Doc. No. 184, 188, 189, 190) are DENIED AS MOOT.

IT IS SO ORDERED.

Signed: September 21, 2021

_____
United States District Judge